**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-1297**

_____

GEORGE CHRISTIAN, JR; MARION E. CHRISTIAN,

Plaintiffs - Appellants,

v.

UNITED STATES OF AMERICA, c/o Internal Revenue Service,

Defendant - Appellee.

_____

**No. 08-1592**

_____

GEORGE CHRISTIAN, JR.; MARION E. CHRISTIAN,

Plaintiffs - Appellants,

v.

UNITED STATES OF AMERICA, c/o Internal Revenue Service,

Defendant - Appellee.

_____

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, Senior District Judge.
(1:06-cv-01437-MJG)

_____

Submitted:  September 30, 2008      Decided:  November 6, 2008

_____

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

George Christian, Jr., Marion E. Christian, Appellants Pro Se. Jonathan Samuel Cohen, Christine Durney Mason, UNITED STATES DEPARTMENT OF JUSTICE, Tax Division, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, George Christian, Jr., and Marion E. Christian seek to appeal the district court's orders denying relief on their tax refund suit and related constitutional claims, as well as its post-judgment orders denying their motions for reconsideration and recusal of the district court judge. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Christian v. United States, No. 1:06-cv-01437-MJG (D. Md. Feb. 1, 2008; filed Jan. 9, 2008 and entered Jan. 11, 2008; March 12, 2008). In light of this disposition, we deny as moot the Appellee's motions to strike and for extension of time to file a second brief. We also deny the Appellants' motions to strike the Appellee's brief, for judicial notice, to compel a stipulation of facts, for summary judgment, and to suspend Fed. R. App. P. 2. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED